CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 06 2018

JULIA C. DUDLEY, CLERK
BY: A. Bees
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JUSTIN WILLIAMS TAYLOR,<br>    Plaintiff, | Civil Action No. 7:18-cv-00196 |
| v. | **MEMORANDUM OPINION** |
| GREG BAKER, et al,<br>    Defendant(s). | By:   Michael F. Urbanski<br>Chief United States District Judge |

Justin Williams Taylor, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 25, 2018, the court directed plaintiff to submit within 10 days from the date of the Order an address at which service may be accomplished upon defendant Greg Baker. That order was returned as undeliverable on August 7, 2018 with no forwarding address. Plaintiff failed to provide the court in writing any change of address from either being transferred or released as directed in the order dated May 1, 2018 and again in the order dated May 11, 2018. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 6th day of September, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge