IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JUSTIN WILLIAMS TAYLOR, ) | |
| Plaintiff, ) | Civil Action No. 7:18-cv-00196 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| GREG BAKER, et al, ) | By: Michael F. Urbanski |
| Defendant(s). ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 6 day of September, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge